IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs

1) JUAN D. SIERRA-JIMENEZ
**2) JOSE E. DIAZ-JIMENEZ**

Defendants

CRIMINAL 12-0071CCC

## ORDER

Having considered the Report and Recommendation filed on September 25, 2012 (**docket entry 52**) on a Rule 11 proceeding of defendant José Díaz-Jiménez (2) held before U.S. Magistrate Judge Silvia Carreño-Coll on September 6, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since September 6, 2012. The **sentencing hearing is set for December 6, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on October 22, 2012.


S/CARMEN CONSUELO CEREZO
United States District Judge